# Court of Appeals
# of the State of Georgia

ATLANTA,  November 20, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0717.  ANTRON T. SMITH v. ROY ODUM.**

Prisoner Antron T. Smith filed a pro se petition in superior court using a form to seek federal habeas relief. The trial court construed the filing as a civil action, which it dismissed on August 4, 2023. Smith filed a notice of appeal on July 24, 2024. That appeal was docketed as Case No. A25A0542. It appears the record was sent to this Court twice, resulting in the docketing of this appeal. Because this appeal appears to be duplicative of Case No. A25A0542, it is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  11/20/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*